UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
\_\_\_\_\_

KEVIN KENDELL BOONE,

        Petitioner,        Case No. 1:22-cv-512

v.        Honorable Phillip J. Green

JOHN DAVIDS,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 9, 2022        /s/ Phillip J. Green
                                              PHILLIP J. GREEN
                                              United States Magistrate Judge