UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

KEVIN KENDELL BOONE,

                Petitioner,                  Case No. 1:22-cv-512

v.                                     Honorable Phillip J. Green

JOHN DAVIDS,

                Respondent.
_____/

## **JUDGMENT**

    In accordance with the opinion entered this day:

    **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED**

**WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.

Dated:   August 9, 2022             /s/ Phillip J. Green
                                       PHILLIP J. GREEN
                                       United States Magistrate Judge